IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02685-PAB

AZTRAZENECA PHARMACEUTICALS LP,

    Plaintiff,

v.

PHILIP J. WEISER, in his official capacity as the ATTORNEY GENERAL OF THE STATE OF COLORADO,
KRISTEN WOLF, in her official capacity as the President of the Colorado State Board of Pharmacy,
RYAN LEYLAND, in his official capacity as the Vice President of the Colorado State Board of Pharmacy,
PATRICIA EVACKO, in his official capacity as Member of the Colorado State Board of Pharmacy,
AVANI SONI, in his official capacity as Member of the Colorado State Board of Pharmacy,
MICHAEL SCRUGGS, in his official capacity as Member of the Colorado State Board of Pharmacy,
ALEXANDRA ZUCCARELLI, in her official capacity as Member of the Colorado State Board of Pharmacy, and
JAYANT PATEL, in his official capacity as Member of the Colorado State Board of Pharmacy,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The Court intends to hold a preliminary injunction hearing on the matter. Defendants shall file a response to plaintiff's motion for preliminary injunction on or before **October 23, 2025**. Plaintiff shall file a reply on or before **October 28, 2025**.

    To determine the appropriate date and length of such hearing, plaintiff shall file a witness list on or before **October 23, 2025**, using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses plaintiff intends to call, the estimated length of its direct examinations, and the general subject matter of each witness's testimony. Defendants shall file, on or before **October 30, 2025**, using the same form, a witness list for the hearing, which shall include estimates of the time required for cross-examining plaintiff's

witnesses, estimates of time for conducting the direct examination of any witnesses defendants intend to call, and the general subject matter of each defense witness's testimony.  It is recommended that the parties consider whether the use of stipulated facts can obviate or reduce the need for witness testimony and focus the hearing on legal argument.

DATED October 9, 2025.