# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, *Plaintiff*, v. PHILIP J. WEISER, in his official capacity as the ATTORNEY GENERAL OF THE STATE OF COLORADO; KRISTEN WOLF, in her official capacity as the President of the Colorado State Board of Pharmacy; RYAN LEYLAND, in his official capacity as the Vice President of the Colorado State Board of Pharmacy; and PATRICIA EVACKO, AVANI SONI, MICHAEL SCRUGGS, ALEXANDRA ZUCCARELLI, and JAYANT PATEL, in their official capacities as Members of the Colorado State Board of Pharmacy, *Defendants*. | Civil Action No. 25-cv-02685-PAB |

## JOINT MOTION FOR EXTENSIONS OF TIME

The Parties hereby jointly move this Court for an extension of Defendants' deadline to answer the Amended Complaint and an extension of the deadlines set forth in Docket No. 30, which specifies the current deadlines for the Parties' response and reply briefs on AstraZeneca's motion for preliminary injunction and for the Parties' submission of witnesses lists. The Parties are currently engaged in ongoing conferrals regarding proposed stipulations of fact and discovery, the outcome of which may affect the Parties' need for live witness testimony, the extent of any additional discovery, and the focus of the Parties' response and reply briefs. Accordingly, and to

give the Parties time to complete these discussions, the Parties jointly and respectfully request the following deadline adjustments:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Response to PI Motion | 10/23/25 | 10/30/25 |
| Plaintiff's Submission of Witness List | 10/23/25 | 11/6/25 |
| Plaintiff's Reply | 10/28/25 | 11/6/25 |
| Defendants' Submission of Witness List | 10/30/25 | 11/10/25 |
| Defendants' Response to Amended Complaint | 10/31/25 | 11/10/25 |

**FACTUAL AND LEGAL BASIS FOR EXTENSION**

This Court's Practice Standards state that "[m]otions for extension of time require a showing of good cause." Practice Standards (Civil Cases), Chief Judge Philip A. Brimmer § I.G.1. In support of this motion, the Parties respectfully submit the following:

a. **Witness Lists**

Counsel for AstraZeneca and for Defendants are engaged in ongoing discussion regarding discovery and potential stipulations of fact for use at the preliminary injunction hearing, the date of which has not yet been set. The facts that the Parties stipulate to, if any, will bear on what live witness testimony the Parties may seek to put forward at the hearing. It may also affect whether AstraZeneca or Defendants seek expedited discovery in connection with the motion. It is therefore more efficient for the Parties to submit witness lists after they have determined whether they can come to an agreement regarding stipulations of fact and discovery needs. Setting the deadline for AstraZeneca to file its witness list after Defendants have filed their response to the motion for preliminary injunction will also allow AstraZeneca to identify, as potential witnesses, individuals who have submitted declarations in support of Defendants' response. Accordingly, the Parties

2

request that the Court extend AstraZeneca's deadline to submit its witness list from October 23 to November 6, 2025, and extend Defendants' deadline to submit their witness list from October 30 to November 10, 2025.

### b. Preliminary Injunction Briefing

The Parties seek extensions of time to file Defendants' response to the motion for a preliminary injunction and AstraZeneca's reply in support of the motion on the basis that the Parties' ongoing discussions regarding potential stipulations of fact and discovery needs may affect the focus of the Parties' response and reply briefs. In addition, this case involves complex legal questions, including questions regarding the interplay between state and federal law, and the Parties believe that the additional time will allow them to draft briefs that more thoroughly address these questions. Moreover, on October 21, 2025, four healthcare organizations informed counsel that they intend to seek leave to file an *amicus* brief in support of Defendants' response to the motion for a preliminary injunction. The additional time will accordingly be useful to AstraZeneca in drafting a reply brief that is responsive to the arguments put forward both in Defendants' response to the motion for a preliminary injunction and in the *amicus* brief, should the Court choose to allow it to be filed.

The Parties accordingly request that the Court extend the deadline for Defendants to file their response to AstraZeneca's motion for preliminary injunction from October 23 to October 30, 2025, and the deadline for AstraZeneca to file its reply from October 28 to November 6, 2025.

### c. Response to Amended Complaint

AstraZeneca's Amended Complaint, Docket No. 22, totals 47 pages and 157 paragraphs, including allegations that Colorado's Senate Bill 25-071 (S.B. 71), codified as article 29 of title 6

3

of the Colorado Revised Statutes, violates the United States Constitution's Supremacy Clause, Contracts Clause, and Takings Clause. The Amended Complaint argues that S.B. 71 is preempted by two distinct bodies of federal law. As stated above, the Amended Complaint raises complex legal questions, including regarding the interplay between state and federal law and the operation of the federal 340B Drug Pricing Program, 42 U.S.C. § 256b. In addition, Defendants have been required to devote significant time that would ordinarily have been used to respond to AstraZeneca's Amended Complaint to responding to AstraZeneca's motion for a preliminary injunction. In light of those considerations, the Parties request that the Court extend the deadline for Defendants to respond to the Amended Complaint from October 31 to November 10, 2025.

## CONCLUSION

Based on the foregoing, the Parties jointly and respectfully request that the Court issue an order setting the following deadlines:

    a. Defendants' response: October 30, 2025

    b. Plaintiff's witness list: November 6, 2025

    c. Plaintiff's reply: November 6, 2025

    d. Defendants' witness list: November 10, 2025

    e. Defendants' response to the Amended Complaint: November 10, 2025.

[*signatures next page*]

Dated: October 22, 2025                    Respectfully submitted,

s/ Allon Kedem                              PHILIP J. WEISER
                                            Attorney General
Allon Kedem
Arnold & Porter Kaye Scholer LLP            s/ Lily E. Nierenberg
601 Massachusetts Ave, NW                   Lily E. Nierenberg
Washington, DC 20001-3743                   Senior Assistant Attorney General
                                            Joseph G. Michaels
Colin M. O'Brien                            Assistant Solicitor General
Arnold & Porter Kaye Scholer LLP            Robin E. Alexander
1144 Fifteenth Street, Suite 3100           Assistant Attorney General
Denver, CO 80202-2569                       Colorado Dep't of Law
                                            Ralph L. Carr Colorado Judicial Center
Carmela Romeo                               1300 Broadway, 8th Floor
Arnold & Porter Kaye Scholer LLP            Denver, CO 80203
250 West 55th Street                        Telephone:
New York, NY 10019-9710                     720-508-6460 (Michaels)
                                            720-508-6851 (Nierenberg)
*Counsel for Plaintiff AstraZeneca*         720-508-6229 (Alexander)
*Pharmaceuticals LP*                        Email: joseph.michaels@coag.gov
                                            lily.nierenberg@coag.gov
                                            robin.alexander@coag.gov
                                            *Attorneys for Defendant Philip J. Weiser*

                                            s/ Zach W. Fitzgerald
                                            Zach W. Fitzgerald
                                            Assistant Attorney General
                                            Colorado Dep't of Law
                                            Ralph L. Carr Colorado Judicial Center
                                            1300 Broadway, 8th Floor
                                            Denver, CO 80203
                                            Telephone: 720-508-6429 (Fitzgerald)
                                            Email: zach.fitzgerald@coag.gov
                                            *Attorneys for Defendants Kristen Wolf,*
                                            *Ryan Leyland, Patricia Evacko, Avani*
                                            *Soni, Michael Scruggs, Alexandra*
                                            *Zuccarelli, and Jayant Patel*